IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01157-PSF-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$117,750.00 IN UNITED STATES CURRENCY; and
1997 FORD F150 VIN 1FTDX1864VKC87639,

      Defendants.

---

## ORDER SETTING RULE 16 PRETRIAL SCHEDULING CONFERENCE

---

THIS MATTER comes before the Court pursuant to F.R.Civ.P. 16 and

D.C.COLO.LCivR 16.1 for the setting of a pretrial scheduling conference.  IT IS

HEREBY ORDERED that the parties shall appear on **July 24, 2006 at 9:30 a.m.**, in

Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of

the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  It is,

FURTHER ORDERED  that, because this scheduling conference may be set

before the defendant has been served or has appeared in the case, counsel for the

plaintiff is responsible for notifying the defendant of the setting of the first Rule 16(b)

Conference.  If plaintiff's counsel is unable to notify the defendant, then plaintiff's

counsel shall so notify the Court, at least five (5) business days prior to the scheduled

Rule 16(b) Conference, so that the conference can be rescheduled.  Counsel shall

comply with the Instructions for Preparation of Scheduling Order (*see* Appendix F

of the Local Rules of Practice in the United States District Court for the District of

Colorado).  Copies of the Local Rules are available under the "Local Rules" button at

http://www.cod.uscourts.gov and from the Clerk of the Court.  The Proposed Joint

Scheduling Order is due **at least five days before the Scheduling Conference.**  If the

Scheduling Order is not timely submitted, the conference will be vacated.  There will be

no exceptions to this policy.

DATED: June 22, 2006

BY THE COURT:


*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge