IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01157-PSF-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$117,750.00 IN UNITED STATES CURRENCY,
1997 FORD F150 VIN 1FTDX1864VKC87639,

    Defendants.

## ORDER GRANTING MOTION TO VACATE SCHEDULING CONFERENCE

This matter having come before the Court on the United States' Unopposed Motion to Vacate Pretrial Scheduling Conference, and the Court being fully apprised, it is hereby ORDERED that the Scheduling Conference set for July 24, 2006 at 9:30 a.m. is VACATED. The United States shall file a Status Report on or before September 5, 2006. If there are no claimants by that date, the United States will promptly move for Default Judgment, or inform the Court of any claimants or individuals or entities which have filed the requisite Verified Statement of Interest/Claim and Answer.

DATED: July 12, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge