IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01157-PSF-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$117,750.00 IN UNITED STATES CURRENCY,
1997 FORD F150 VIN 1FTDX1864VKC87639,

        Defendants.

**ORDER**

This matter is before me on the following:

(1)     Plaintiff's **Motion for Default Judgment and Final Order of Forfeiture** [Doc. # 23, filed 9/25/2006] (the "Motion for Default Judgment"); and

(2)     Plaintiff's **Forthwith Uncontested Motion to Vacate--Verbal Settlement Reached** [Doc. # 27, filed 10/16/2006] (the "Motion for Extension").

The action was commenced by the filing of a Verified Complaint [Doc. # 1, filed 6/16/2006] seeking an order of forfeiture on certain property which is alleged either to have been used in connection with illegal drug trafficking activities or to be the proceeds from illegal drug trafficking. Service of the Verified Complaint was made on July 16, 2006. See *Certificate of Service* [Doc. # 8, filed 7/10/2006]. In response to the Verified Complaint, James Mosher filed an uncaptioned document which stated simply: "I James Mosher state claim on Civil Action No. 06-CV-01157." [Doc. # 15, filed 8/22/2006] (the "Claim"). Notwithstanding the Claim by

Mr. Mosher, the Clerk of the Court entered a default pursuant to Fed. R. Civ. P. 55(a). *Entry of Default* [Doc. # 22, filed 9/21/2006]. Thereafter, the plaintiff filed the *Motion for Default Judgment*, seeking to reduce the entry of default into a default judgment.

On October 16, 2006, Mr. Mosher filed an uncaptioned document which states, among other things: "It is written in several documents that I need to file an answer. Here is that answer." [Doc. # 26] (the "Answer").

In addition, I have set the case for a scheduling conference on October 23, 2006, at 8:30 a.m. *Order* [Doc. # 19, filed 9/20/2006].

The plaintiff seeks an order vacating the scheduling conference, stating:

> The only individual or entity to contest this matter has been James Mosher. . . .
>
> On Friday afternoon, October 13, 2006, the United States and Mr. Mosher reached a Verbal Settlement by telephone. As this case is an asset forfeiture matter, a settlement does NOT result in a dismissal. Rather, the parties will enter into a written Settlement Agreement and move the Court to enter a Final Order of Forfeiture effecting title to defendant assets. The United States has prepared a written Settlement Agreement and will be forwarding it to Mr. Mosher in Portland, Oregon for his signature. As soon as the signed Settlement Agreement is returned, the United States will file it along with a Motion for Final Order of Forfeiture.

*Motion for Extension,* ¶¶2, 6.

IT IS ORDERED that the *Motion for Extension* is GRANTED. The scheduling conference set for **October 23, 2006, at 8:30 a.m.**, and all related deadlines, are VACATED.

IT IS FURTHER ORDERED that the *Motion for Default Judgment* is DENIED AS MOOT.

IT IS FURTHER ORDERED that the parties shall file a Motion for Final Order of Forfeiture on or before **October 31, 2006**.

Dated October 17, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge