IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01157-PSF-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$117,750.00 IN UNITED STATES CURRENCY,
1997 FORD F150 VIN 1FTDX1864VKC87639,

    Defendants.

---

## FINAL ORDER OF FORFEITURE AND JUDGMENT

---

This matter is before the Court on the United States' Uncontested Motion for Final Order of Forfeiture and Judgment (Dkt. # 33). The Court having reviewed said Motion FINDS:

That the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

That all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule C(4);

That the United States and sole *pro se* claimant James Mosher have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

That no other claims to the defendant property have been filed;

That upon agreement of the parties, the United States has agreed to return to claimant James Mosher, a total of $27,750 of Defendant $117,750 in United States Currency;

That upon agreement of the parties, $90,000 of Defendant $117,750 in United States Currency and Defendant Ford F150 VIN 1FTDX1864VKC87639 shall be forfeited to the United States and disposed of in accordance with law; and

That it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881;

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

That judgment of forfeiture of $90,000 of Defendant $117,750 in United States Currency and Defendant Ford F150 VIN 1FTDX1864VKC87639 shall enter in favor of the United States; the United States shall have full and legal title to the forfeited $90,000 and Ford F150 VIN 1FTDX1864VKC87639, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

That $27,750 of Defendant $117,750 in United States Currency shall be returned to claimant James Mosher; and

That a Certificate of Reasonable Cause, which this Order constitutes, is GRANTED as to all defendant properties pursuant to 28 U.S.C. § 2465.

SO ORDERED this 6th day of November, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge